AO 450 (Rev. 5/85) Judgment in a Civil Case

**FILED**

SEP 11 1998

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

**ENTERED**
9-11-98

| | |
|---|---|
| WILLIE MAE BURNS DUKES, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> SUNSTATES MAINTENANCE CORP. ) <br> AND ALLIED SIGNAL FIBERS, ) <br> ) <br> Defendants. ) <br> ) | SUMMARY JUDGMENT IN A CIVIL CASE <br><br> CA NO.: 3:98-289-19 |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Summary Judgment be entered in favor of Defendant, Sunstates Maintenance Corp.

**IT IS FURTHER ORDERED** that claims against defendant, Allied Signal Fibers be dismissed with prejudice.

LARRY W. PROPES, Clerk

By _____
Deputy Clerk

September 11, 1998